# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA WALLEN, | CASE NO. CV F 10-1327 LJO JLT |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 17.) |
| MOHAMMED SAMY HAUTER, et al., | |
| Defendant. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action;
2. VACATES all pending matters; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:  February 1, 2011**                          /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE